ACCEPTED
01-09-00328-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 4:13:35 PM
CHRISTOPHER PRINE
CLERK

No. 1-09-00328-CV

In the

First Court of Appeals

Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/13/2015 4:13:35 PM
CHRISTOPHER A. PRINE
Clerk

Samson Lone Star, Limited Partnership n/k/a Samson Exploration, LLC

*Appellant—Cross Appellee,*

v.

Charles G. Hooks III, Individually and as Independent Executor of the Estate of Charles G. Hooks, Jr., as Trustee of the Scott Ira McKeever Trust and the David Wayne McKeever Trust, and on behalf of Chas. G. Hooks & Son, a General Partnership; McKeever Partnership, Ltd.; Charles G. Hooks III and Sue Ann Hooks, as Co-Trustees Under the Will of Charles G. Hooks, Sr.

*Appellees—Cross-Appellants.*

*Appeal from Cause B173008-B, 60th District Court
Jefferson County, Texas*

_____

**ORAL ARGUMENT SUBMISSION**

TO THE HONORABLE COURT OF APPEALS:

By order of the court, the above numbered and styled cause is set for oral argument on Tuesday, October 20, 2015 at 1:30 p.m. Oral argument on behalf of Appellant/Cross-Appellee, Samson Lone Star, Limited Partnership, n/k/a Samson Exploration, LLC, will be presented by Michael V. Powell, Locke Lord, LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776, 214-740-8520.

Respectfully submitted,

LOCKE LORD LLP


/s/ Cynthia K. Timms
Michael V. Powell
  *mpowell@lockelord.com*
  State Bar No. 162004400
Cynthia K. Timms
 *ctimms@lockelord.com*
  State Bar No. 11161450
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (Fax)

M.C. Carrington
  State Bar No. 03880800
MEHAFFY WEBER P.C.
P.O. Box 16
Beaumont, Texas 77704
Telephone: (409) 835-5011
Facsimile: (409) 835-5177

Dick Watt
  State Bar No. 20977700
WATT BECKWORTH THOMPSON
HENNEMAN & SULLIVAN LLP
1800 Pennzoil Place, South Tower
711 Louisiana Street
Houston, Texas 77002
Telephone: (713) 650-8100
Facsimile: (713) 650-8141

**ATTORNEYS FOR APPELLANT
SAMSON LONE STAR LIMITED
PARTNERSHIP N/K/A SAMSON
EXPLORATION LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2015, a true and correct copy of the foregoing Oral Argument Submission Form was served by eFile Texas on Appellees through their counsel of record listed below:

Patton G. Lochridge
J. Derrick Price
MCGINNIS, LOCHRIDGE L.L.P.
600 Congress Avenue
Suite 2100
Austin, Texas 78701
plochridge@mcginnislaw.com

David M. Gunn
BECK REDDEN L.L.P.
OneHouston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
dgunn@brsfirm.com

Paul F. Simpson
MCGINNIS, LOCHRIDGE L.L.P.
1111 Louisiana
Suite 4500
Houston, Texas 77002
psimpson@mcginnislaw.com

Shannon H. Ratliff
Marla Broadus
RATLIFF LAW FIRM, PLLC
600 Congress Avenue, Suite 3100
Austin, Texas 78701
sratliff@ratlifflaw.com

Jon B. Burmeister
MOORE LANDREY, L.L.P.
905 Orleans Street
Beaumont, Texas 77701
jburmeister@moorelandrey.com

/s/     Cynthia K. Timms
Cynthia K. Timms